UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 23-0048-SSS (KKx)** | Date | September 28, 2023 |
|---|---|---|---|
| Title | **Omni King, Inc v. Accelerant Specialty Insurance Company, et al.** | | |

| Present: The Honorable | KENLY KIYA KATO, UNITED STATES MAGISTRATE JUDGE |
|---|---|

| RACHEL MAURICE | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **ORDER for Plaintiff and Plaintiff's Counsel to Show Cause Why Sanctions Should Not be Entered for Failure to Submit a Confidential Settlement Conference Statement**

On March 30, 2023, this matter was referred to the assigned Magistrate Judge for a settlement conference to be completed no later than December 22, 2023. ECF Docket No. ("Dkt.") 19. On July 25, 2023, the Court issued an Order Regarding Settlement Conference, scheduling the settlement conference for October 4, 2023, and ordering the parties to submit Confidential Settlement Conference Statements five court days prior to the date of the settlement conference. Dkt. 24. The parties' confidential settlement briefs were, thus, due on September 27, 2023.

On September 27, 2023, defendants Sedgwick Claims Management Services, Inc., and Accelerant Specialty Insurance Company submitted confidential settlement briefs. The Court, however, has not received a Confidential Settlement Conference Statement from plaintiff Omni King, Inc. ("Plaintiff").

The Court, therefore, ORDERS Plaintiff and Plaintiff's counsel Joon Song and Jordan M. Cohen of L&F Brown, P.C., to show cause why they should not be sanctioned in the amount of $500 each for their failure to comply with the Court's order. Plaintiff and Plaintiff's counsel shall file a response in writing to this Order to Show Cause **no later than 5:00 p.m. on Friday, September 29, 2023**. The parties are further cautioned the settlement conference scheduled for October 4, 2023 may be vacated in light of Plaintiff's failure to comply with the Court's July 25, 2023 Order.

**IT IS SO ORDERED.**

cc: Honorable Sunshine Suzanne Sykes